**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cathleen Fleming, ) | Case No. 2:10-cv-02227-MHB |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| Gurstel, Staloch & Chargo, PA ) | |
| Defendant. ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 17th day of December, 2010.

By: s/Marshall Meyers
Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**

Notice of Settlement

1  Filed electronically on this 17th day of December, 2010, with:

2  United States District Court CM/ECF system

3
4  Notification sent electronically via the Court's ECF system on this 17th day of December, 2010 to:

5
6  Jennifer E. Wiedle
   Gurstel Chargo, P.A.
7  64 East Broadway Road, Suite 255
   Tempe AZ 85282
8

9
10 By: s/Jessica DeCandia
        Jessica DeCanmdia

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Settlement