IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cathleen Fleming, | CIV-10-2227-PHX-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Gurstel, Staloch & Chargo, PA, | |
| Defendant. | |

The Court having been notified that this matter has settled (Doc. 17),

**IT IS ORDERED** that this matter be dismissed by the Clerk of the Court without further notice sixty (60) days from the date of this Order, unless prior thereto a judgment or order of dismissal is entered or a request for reinstatement on the Court's trial calendar is filed herein.

DATED this 27th day of December, 2010.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge