UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cathleen Fleming, ) | Case No. CV10-02227-PHX-MHB |
| ) | |
| Plaintiff, ) | **ORDER ON PARTIES STIPULATION** |
| ) | **TO DISMISS WITH PREJUDICE** |
| vs. ) | |
| ) | |
| Gurstel, Staloch & Chargo, PA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The court, having considered the parties Stipulation to Dismiss (Doc. 20),

IT IS HEREBY ORDERED granting the Stipulation and dismissing this case with prejudice.

Dated this 22nd day of February, 2011.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge